TUCKER ELLIS LLP
Mollie F. Benedict SBN 187084
mollie.benedict@tuckerellis.com
E. Todd Chayet SBN 217694
todd.chayet@tuckerellis.com
Linda G. Ronan SBN 231003
linda.ronan@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223
Telephone:     213.430.3400
Facsimile:     213.430.3409

Attorneys for Defendants ALZA CORPORATION and SANDOZ INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES WETHERINGTON, SR., and KATHY LEE WETHERINGTON,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>ALZA CORPORATION, SANDOZ INC. and JOHN DOES 1-100,<br><br>　　　　　　Defendants. | Case No. 2:12-cv-00349-KJM-DAD<br><br>**JOINT STIPULATION INCREASING NUMBER OF DEPOSITIONS TO BE TAKEN TO TWENTY DEPOSITIONS; ORDER** |

　　　　Pursuant to Federal Rules of Civil Procedure, Rules 29 and Local Rule 143 of the United States District Court for the Eastern District of California, Plaintiffs Charles Wetherington, Sr. and Kathy Lee Wetherington and Defendants ALZA Corporation and Sandoz Inc. hereby stipulate through the undersigned counsel to increase the number of depositions permitted to be taken under Federal Rules of Civil Procedure Rule 30 from ten depositions to a total of twenty depositions per side in this case.

DATED: February 13, 2013　　　　　　　　HEYGOOD, ORR & PEARSON


　　　　　　　　　　　　　　　　　　　By: /s/ *Charles W. Miller* (as authorized on 02/12/13)
　　　　　　　　　　　　　　　　　　　　　Charles W. Miller, Esq.
　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs CHARLES
　　　　　　　　　　　　　　　　　　　　　WETHERINGTON, SR. and KATHY LEE
　　　　　　　　　　　　　　　　　　　　　WETHERINGTON

JOINT STIPULATION INCREASING NUMBER OF DEPOSITIONS TO BE TAKEN; [PROPOSED] ORDER
864247.1

DATED: February 13, 2013                    TUCKER ELLIS LLP

                                            By: /s/ *Linda G. Ronan*_____
                                                Linda G. Ronan
                                                linda.ronan@tuckerellis.com
                                                Attorneys for Defendants ALZA
                                                CORPORATION and SANDOZ INC.

**ORDER**

IT IS SO ORDERED.

Dated: February 14, 2013

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.civil\wetherington0349.stip.depo.inc.docx